■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH CARDELLO, Appellant. — Judgment, Supreme Court, Bronx County (Grey, J.), rendered on November 6, 1980, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Ross, J. P., Lupiano, Silverman, Bloom and Lynch, JJ.